**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HEATHER MAGRUDER,

    Plaintiff,                CASE NO.: 6:23-CV-00382-WWb-EJK

v

BELLABU BEAR LLC,
a California Limited Liability Company,

    Defendant.
_____/

## STIPULATION OF DISMISSAL

Plaintiff, Heather Magruder, and Defendant, Bellabu Bear, LLC, (collectively the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, each party to bear their own attorneys' fees and costs. This dismissal is not for purposes of a dismissal or settlement implicating Rule 23(e) of the Federal Rules of Civil Procedure.

Respectfully submitted on this 24th day of April, 2023,

| | |
|---|---|
| */s/Jeff Aaron* | */s/Kevin A. Reck* |
| **JEFF AARON** | **WESLEY MARTINEZ** |
| Florida Bar No: 123473 | Florida Bar No.: 1013924 |
| Primary Email Address: | Primary Email Address: |
| jeff.aaron@gray-robinson.com | wmartinez@foley.com |
| Secondary Email Address: | **KEVIN A. RECK** |
| Downs.litigation@gray-robinson.com | Florida Bar No.: 505552 |
| **JASON ZIMMERMAN** | Primary Email Address: |
| Florida Bar No.: 104392 | kreck@foley.com |
| jason.zimmerman@gray-robinson.com | **FOLEY & LARDNER LLP** |
| **GRAY\|ROBINSON, P.A.** | 301 East Pine Street, Suite 1200 |
| 301 East Pine Street, Suite 1400 | Orlando, FL 32801 |

Orlando, FL 32801
Telephone: 407-843-888-
Facsimile: 407-244-5690
*Attorneys for Plaintiff*

Telephone: (407) 236-5871
Facsimile: (407) 678-1743
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 24, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF filing system which will send a Notice of Electronic Filing to all counsel of record.

/s/Jeff Aaron
**JEFF AARON**
Florida Bar No: 123473