**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HEATHER MAGRUDER,

        Plaintiff,

v.   Case No.: 6:23-cv-382-WWB-EJK

BELLABU BEAR LLC,

        Defendant.
_____

## ORDER

THIS CAUSE is before the Court on the parties' Stipulation of Dismissal (Doc. 25), filed April 24, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on April 26, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record